IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SHANNON WILLIAMS, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO. CV 04-B-0704-NE |
| | } | |
| FAMILY DOLLAR STORES OF ALABAMA, INC., | } | |
| | } | |
| Defendant. | } | |

## ORDER

This case is before the court on plaintiff's Notice of Dismissal filed on June 29, 2004. Upon consideration of the Notice of Dismissal and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

DONE this 27th day of October, 2004.

SHARON LOVELACE BLACKBURN
United States District Judge

